UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON NEWMAN,

                    Plaintiff,

-against-

U.S. DEP'T OF HOUSING URBAN DEVELOPMENT (HUD),

                    Defendant.

23-CV-4807 (LTS)

CIVIL JUDGMENT

      By order dated April 15, 2024, the Court dismissed this action under the doctrine of sovereign immunity, for lack of subject matter jurisdiction, but granted Plaintiff 30 days' leave to replead his claims in an amended complaint. Plaintiff has not filed an amended complaint.

      IT IS ORDERED, ADJUDGED AND DECREED that this case is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 3, 2024
           New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge